**Opinion issued January 4, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-23-00950-CV

———————————

## IN RE JORDAN ADAMS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator has filed a motion to dismiss this original proceeding as moot.[1] We grant the motion and dismiss the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1] The underlying case is *Tierra Collette v. Donoven Wingard, David Svoboda, Jessie Walker, and Jordan Adams*, cause number 2022-08784, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.